1138

No. 99–884. LEVERETTE v. LOUISVILLE LADDER CO. C. A. 5th Cir. Certiorari denied.

No. 99–885. YU v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 99–886. HEMPSTEAD TOWN BOARD ET AL. v. GOOSBY ET AL. C. A. 2d Cir. Certiorari denied.

No. 99–888. DAVIS v. TOWNSHIP OF HILLSIDE ET AL. C. A. 3d Cir. Certiorari denied.

No. 99–890. COLUMBIA FALLS ALUMINUM CO. ET AL. v. ADMINISTRATOR, BONNEVILLE POWER ADMINISTRATION. C. A. 9th Cir. Certiorari denied.

No. 99–892. MANNATT ET AL. v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–894. HARTEY v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 99–895. LOOMIS FARGO & CO. v. KEELEY ET AL. C. A. 3d Cir. Certiorari denied.

No. 99–900. ESPY v. BOROUGH OF ROARING SPRING. Commw. Ct. Pa. Certiorari denied.

No. 99–904. NEW VALLEY CORP. v. CORPORATE PROPERTY ASSOCIATES 2 ET AL. C. A. 3d Cir. Certiorari denied.

No. 99–918. EAST LAKE METHODIST EPISCOPAL CHURCH, INC., ET AL. v. TRUSTEES OF THE PENINSULA-DELAWARE ANNUAL CONFERENCE OF THE UNITED METHODIST CHURCH, INC., ET AL. Sup. Ct. Del. Certiorari denied.

No. 99–923. BRIGHT v. NORSHIPCO ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–926. LOVELL v. HIGHTOWER, CLAIBORNE PARISH ASSESSOR, ET AL. C. A. 5th Cir. Certiorari denied.